## DISCIPLINARY CASES

**2014–0997. Columbus Bar Assn. v. Armengau.**
On motion for interim remedial suspension. Javier Horacio Armengau, Attorney Registration No. 0069776, is suspended from the practice of law for an interim period. Relator shall appoint an attorney to inventory respondent's files.

O'NEILL, J., dissents as to the imposition of the suspension.

## CASE ANNOUNCEMENTS
### July 9, 2014

[Cite as *07/09/2014 Case Announcements*, 2014-Ohio-3012.]

## MERIT DECISIONS WITHOUT OPINIONS

**2014–0041. State ex rel. Deal v. Ohio State Univ.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0252. State ex rel. Conway v. Franklin Cty. Prosecutor's Office.**
In Mandamus. On answers of respondents and motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, and KENNEDY, JJ., concur.

FRENCH and O'NEILL, JJ., dissent and would grant an alternative writ.

**2014–0627. State ex rel. Coleman v. Belfance.**
In Procedendo. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0638. In re Jackson v. State.**
In Procedendo. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0652. State ex rel. Rittner v. [Bechtel].**
In Mandamus. On answer of respondent. On S.Ct.Prac.R. 12.04 determination, cause dismissed.

Upon consideration of relator's motions for leave to file all pleadings and documents handwritten according to S.Ct.Prac.R. 3.09(A)(1)(e), to order respondent to provide relator with a copy of the trust account or to waive requirements of R.C. 2969.25(C)(1), for order to waive all service requirements beyond the pleading stage by relator, under threat of physical and irreparable injury by Kevin Jones, Warden, and to order clerk to file S.Ct.Prac.R. 12.04(B)(2) "memorandum" together with relator's objections, it is ordered by the court that the motions are denied as moot.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, and FRENCH, JJ., concur.

KENNEDY and O'NEILL, JJ., dissent and would grant an alternative writ.

**2014–0661. State ex rel. Berlingeri v. Corrigan.**
In Mandamus. On motions to dismiss. Motions granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.